FILED
2013 Feb-14  AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER CAMPBELL | ) | |
|  PLAINTIFF, | ) | CIVIL ACTION NO: |
| | ) | 2:12-cv-04182-JEO |
| V. | ) | |
| | ) | |
| CAPITAL MANAGEMENT SERVICES, LP DEFENDANT. | ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Dated: February 14, 2013

Respectfully submitted,

/s/ S. Scott Allums
S. Scott Allums (ASB-5967-N62A)
S. Scott Allums, PC
506 18th Street North
Bessemer, AL 35020
Telephone:  (205) 426-7080
ssallums@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice* has been served upon the following by placing a copy of same in the United States mail, properly addressed and first-class postage prepaid OR via email on this the14th day of February, 2013

Cory R. Magnuson
General Counsel
Capital Management Services, LP
cory.magnuson@cms-collect.com

**/s/ S. Scott Allums**
Of Counsel